**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID PANNELL, | ) |
| Petitioner, | ) ) ) |
| vs. | ) 1:12-cv-01301-JMS-DML |
| SUPERINTENDENT, Indiana State Prison, | ) ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters **FINAL JUDGMENT**. The action is **dismissed without prejudice**.

Date: 05/01/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

David Pannell
DOC #963265
Indiana State Prison
Inmate Mail/Parcels
One Park Row
Michigan City, IN 46360

Electronically Registered Counsel